1  JEREMY PASTERNAK, CA Bar No. 181618
   BETH W. MORA, CA Bar No. 208859
2  LAW OFFICES OF LUCIUS A. COOPER
   A Professional Corporation
3  18 Crow Canyon Court, Suite 145
   San Ramon, California 94583
4  Telephone:   (925) 820-8949
   Facsimile:   (925) 820-0278
5
   Attorneys for Plaintiff SUMMER SMITH
6
   DEBORAH J. BROYLES, State Bar No. 167681
7  SETH L. NEULIGHT, State Bar No. 184440
   THELEN REID & PRIEST LLP
8  101 Second Street, Suite 1800
   San Francisco, CA  94105-3606
9  Telephone:   (415) 371-1200
   Facsimile:   (415) 371-1211
10
   Attorneys for Defendant
11 KAISER FOUNDATION HOSPITALS, dba KAISER PERMANENTE

12

13                       UNITED STATES DISTRICT COURT

14                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | SUMMER SMITH,                          | Case No.: C 04 3231 TEH
17 |                                         |
   |              Plaintiff,                 | **STIPULATION AND [PROPOSED]**
18 |                                         | **ORDER FOR DISMISSAL OF ACTION**
   |     vs.                                 | **WITH PREJUDICE**
19 |                                         |
   | KAISER FOUNDATION HOSPITALS, a         |
20 | California corporation; KAISER         |
   | PERMANENTE INTERNATIONAL, a            |
21 | California corporation; KAISER         |
   | PERMANENTE, a business entity form     |
22 | unknown,                                |
23 |              Defendants.                |

24

25

26

27

28

THELEN REID    SF #966285 v1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Summer Smith and Defendant Kaiser Foundation Hospitals, dba Kaiser Permanente, by and through their respective attorneys of record, hereby stipulate that the above-captioned action shall be DISMISSED WITH PREJUDICE in its entirety, with each party to bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: Sept. 9, 2005

LAW OFFICES OF LUCIUS A. COOPER

By _____
Jeremy Pasternak
Attorneys for Plaintiff
SUMMER SMITH

Dated: Sept. 12, 2005

THELEN REID & PRIEST LLP

By _____
Seth L. Neulight
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, dba
KAISER PERMANENTE

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this action is hereby DISMISSED WITH PREJUDICE in its entirety, with each party to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: Sept. 13, 2005       _____
THELTON E. HENDERSON
United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson

THELEN REID    SF #966285 v1